IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 20-00069-CR-W-HFS |
| RYAN M. DUMAS ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At a Change of Plea Hearing held on April 5, 2021, before Magistrate Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636. to Count One of the Indictment charging defendant with being a felon in possession of a firearm.

In a Report and Recommendation dated April 5, 2021 (Doc. 22), Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 22) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                                              s/ Howard F. Sachs
                                                              HOWARD F. SACHS
                                                              United States District Judge

Dated: April 22, 2021
Kansas City, Missouri